UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MALIBU MEDIA LLC,                     :
                                      :
                    Plaintiff,        :      MEMORANDUM DECISION
                                      :      AND ORDER
       -against-                      :
                                      :      18 Civ. 10951 (GBD)
MATTHEW TAGLIALAVORE,                 :
                                      :
                    Defendant.        :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

This is a case for copyright infringement arising under the United States Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*. On July 8, 2019, this Court awarded Plaintiff a default judgment against Defendant Matthew Taglialavore, (ECF No. 39), and referred the matter to Magistrate Judge Ona T. Wang for an inquest on damages, attorney's fees, costs, and interest, (ECF No. 38).

Before this Court is Magistrate Judge Wang's September 28, 2022 Report and Recommendation (the "Report"), recommending that this Court award Plaintiff $9,000 in compensatory damages and $757.00 in costs. (Report, ECF No. 45, at 5–6.) Magistrate Judge Wang also recommended that this Court grant Plaintiff's request for a permanent injunction enjoining Defendant and any in concert with Defendant from continuing to infringe on Plaintiff's copyrighted works. (*Id*. at 8.) Magistrate Judge Wang advised the parties that failure to file timely objections to the Report would constitute a waiver of those objections on appeal. (*Id*. at 8–9.) No objections were filed.

A court "may accept, reject, or modify, in whole or in part, the findings or recommendations" set forth in a magistrate judge's report. 28 U.S.C. § 636(b)(1)(C). A magistrate judge's report to which no objections are made is reviewed for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006) (citations omitted). "In clear error review, a court

1

should reverse a finding only if it is 'left with the definite and firm conviction that a mistake has been committed,' and not merely if it 'would have decided the case differently.'" *Hernandez v. City of New York*, No. 11 Civ. 6644 (KPF) (DF), 2015 WL 321830, at *2 (S.D.N.Y. Jan. 23, 2015) (quoting *Easley v. Cromartie*, 532 U.S. 234, 242 (2001)).

Magistrate Judge Wang conducted a comprehensive and careful inquest. This Court finds no error, clear or otherwise, in the Report's analysis. Accordingly, Magistrate Judge Wang's recommended judgment regarding damages, costs, and injunctive relief is ADOPTED in full for the reasons stated in the Report. Final judgment shall be entered ordering Defendant to pay Plaintiff: (1) $9,000 in compensatory damages; and (2) $757 in costs. Defendant is also permanently enjoined from continuing to infringe on Plaintiff's copyrighted works.

The Clerk of Court is respectfully directed to close this action.

Dated: October 27, 2022
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge