UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MALIBU MEDIA LLC,

                Plaintiff,

-against-                                                        18 **CIVIL** 10951 (GBD)

## **JUDGMENT**

MATTHEW TAGLIALAVORE,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated October 27, 2022, Magistrate Judge Wang conducted a comprehensive and careful inquest. This Court finds no error, clear or otherwise, in the Report's analysis. Accordingly, Magistrate Judge Wang's recommended judgment regarding damages, costs, and injunctive relief is ADOPTED in full for the reasons stated in the Report. Final judgment is entered ordering Defendant to pay Plaintiff: (1) $9,000 in compensatory damages; and (2) $757 in costs. Defendant is also permanently enjoined from continuing to infringe on Plaintiff's copyrighted works; accordingly, the case is closed.

**Dated:**  New York, New York

       October 28, 2022

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                    **BY:**    *K. Mango*

                                                                **Deputy Clerk**